## LIGHTGUARD SYSTEMS, INC., Plaintiff–Appellant,

v.

## SPOT DEVICES, INC., Defendant–Appellee.

### No. 2012–1572.

United States Court of Appeals, Federal Circuit.

March 7, 2013.

Adam P. McMillen, Watson Rounds, PC, of Reno, NV, argued for plaintiff-appellant. With him on the brief were Michael D. Rounds and Steven A. Caloiaro.

Steven D. Hemminger, Alston and Bird, LLP, of Menlo Park, CO, argued for defendant-appellee. With him on the brief was Xavier M. Brandwajn.

MOORE, REYNA, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**